■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROGER REID, Appellant. [940 NYS2d 491]—Judgment of resentence, Supreme Court, New York County (Carol Berkman, J.), rendered January 20, 2009, resentencing defendant, as a second violent felony offender, to an aggregate term of 15 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision did not violate due process, and it was not otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). We have no authority to revisit defendant's prison sentence on this appeal

(*see id.* at 635). Concur—Saxe, J.P., Sweeny, Catterson, Renwick and Manzanet-Daniels, JJ.